IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES W. LIPP,

        PLAINTIFF            CASE NO.  2:09-CV-00991

 v.                                     JUDGE GREGORY L. FROST

MICHAEL J. ASTRUE,        MAGISTRATE JUDGE MARK ABEL
COMMISSIONER OF SOCIAL
SECURITY,

        DEFENDANT

## ORDER

    This matter is before the Court on Magistrate Judge Abel's October 5, 2010 Report and Recommendation.  No objections have been filed to the Report and Recommendation.  The Court, having reviewed the record *de novo*, determines that there is substantial evidence of record supporting the administrative law judge's determination that Plaintiff is not disabled within the meaning of the Act.

    Upon *de novo* review in accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DENIES** Plaintiff's motion for summary judgment.  The Court **GRANTS** Defendant's motion for summary judgment and **AFFIRMS** the decision of the Commissioner of Social Security.  The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for Defendant.

    This case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

    /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE